# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 3:07-cr-00115-JWS |
| GLENN E. LOCKWOOD, | ) ) | VERDICT - Count 1 |
| Defendant. | ) ) | |

We, the jury in the above-captioned case, find the defendant, GLENN E. LOCKWOOD, [not guilty / guilty] __guilty__ of individual income tax evasion, in violation of Title 26 of the United States Code, Section 7201, as charged in Count 1 of the Indictment.

DATED this __31st__ day of __October__ 2008.

**REDACTED SIGNATURE**
_____
JURY FOREPERSON

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 3:07-cr-00115-JWS |
| GLENN E. LOCKWOOD, | ) ) | VERDICT - Count 2 |
| Defendant. | ) ) ) | |

We, the jury in the above-captioned case, find the defendant, GLENN E. LOCKWOOD, [not guilty /(guilty)] __guilty__ of individual income tax evasion, in violation of Title 26 of the United States Code, Section 7201, as charged in Count 2 of the Indictment.

DATED this __31st__ day of __October__ 2008.

SIGNATURE REDACTED
_____
JURY FOREPERSON

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | 3:07-cr-00115-JWS |
| ) | |
| GLENN E. LOCKWOOD,  ) | VERDICT - Count 3 |
| ) | |
| Defendant.  ) | |
| _____) | |

We, the jury in the above-captioned case, find the defendant, GLENN E. LOCKWOOD, [not guilty / guilty] __guilty_____ of individual income tax evasion, in violation of Title 26 of the United States Code, Section 7201, as charged in Count 3 of the Indictment.

DATED this __31__ day of __October_____ 2008.

                                      REDACTED SIGNATURE
                                          JURY FOREPERSON

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 3:07-cr-00115-JWS |
| ) | |
| GLENN E. LOCKWOOD, ) | VERDICT - Count 4 |
| ) | |
| Defendant. ) | |

We, the jury in the above-captioned case, find the defendant, GLENN E. LOCKWOOD, [not guilty /(guilty)] _guilty_ of individual income tax evasion, in violation of Title 26 of the United States Code, Section 7201, as charged in Count 4 of the Indictment.

DATED this _31st_ day of _October_, 2008.

REDACTED SIGNATURE
JURY FOREPERSON